IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY OF SEATTLE,<br>Plaintiff-Appellee,<br>v.<br>TRUMP, et al.,<br>Defendants-Appellants. | No. 25-8096 |

**UNOPPOSED MOTION TO HOLD PROCEEDINGS IN ABEYANCE**

Pursuant to Federal Rule of Appellate Procedure 27, the government respectfully requests that proceedings in this matter be held in abeyance pending this Court's resolution of the appeal in *County of King v. Turner*, No. 25-3664, which involves similar legal issues as the above-captioned case.

1. The City of Seattle brought this case challenging numerous federal agencies' authority to implement certain provisions of two executive orders—Executive Order No. 14173, Ending Illegal Discrimination and Restoring Merit-Based Opportunity (DEI Order) and Executive Order No. 14168, Defending Women From Gender Ideology

Extremism and Restoring Biological Trust to the Federal Government (Gender Identity Order). The district court granted plaintiff's motion for a preliminary injunction, prohibiting defendants from enforcing the challenged provisions against Seattle. *City of Seattle v. Trump*, No. 2:25-CV-1435 (W.D. Wash. Oct. 31, 2025), Dkt. 22. Defendants filed a timely appeal of that preliminary injunction.

2. Earlier this year, the same district court judge issued a similar injunction preventing federal agencies from imposing substantially similar conditions on grants awarded to the plaintiffs in that case. Preliminary Injunction Order, *County of King v. Turner*, No. 2:25-cv-00814-BJR (W.D. Wa. June 3, 2025), Dkt. No. 169. The federal government has appealed in that case, which is fully briefed and scheduled for argument on February 9, 2026. *County of King*, No. 25-3664, Dkt. Nos. 11, 22, 29, 38.

3. The issues in this appeal are substantially similar to the issues on appeal in *County of King v. Turner*. A stay of proceedings will promote judicial economy and conserve resources, as this Court's resolution of the appeal in *County of King* will inform the parties' briefing here. Appellants therefore respectfully request that this case be held in abeyance until the mandate issues in case number 25-3664.

3. Appellants have consulted with appellee, who does not oppose this motion.

Respectfully submitted,

*s/ Jack Starcher*

JACK STARCHER
*Attorney, Appellate Staff*
*Civil Division, Room 7515*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-8877*
*john.e.starcher@usdoj.gov*

January 2026

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion satisfies the type-volume requirements set out in Rule 27(d)(2)(A) because it contains 301 words. This motion was prepared using Microsoft Word in Book Antiqua, 14-point font, a proportionally spaced typeface.

*s/ Jack Starcher*

Jack Starcher

## CERTIFICATE OF SERVICE

I certify that on January 9, 2026, I filed and served the foregoing Motion with the Clerk of the Court by causing a copy to be electronically filed via the appellate ACMS system. I also hereby certify that the participants in the case are registered ACMS users and will be served via the ACMS system.

*s/ Jack Starcher*
Jack Starcher